questions are presented for our consideration, and the judgment and order appealed from must be affirmed, with costs. All concur.

---

ENGLESTOFF, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Clara A. Englestoff, as administratrix, against the New York Central & Hudson River Railroad Company. T. P. Wickes, for appellant. H. E. Kinney, for respondent. No opinion. Judgment affirmed, with costs.

---

EVANS v. AMERICAN STEEL FOUNDRY CO. (Supreme Court, Appellate Term. June 13, 1900.) Action by Charles B. Evans against the American Steel Foundry Company. From an order (63 N. Y. Supp. 1107) overruling a motion of defendant to set aside service of summons (61 N. Y. Supp. 922), defendant appeals. Affirmed. Ashley, Emley & Rubino, for plaintiff. Ivins, Kidder & Melcher, for defendant.

PER CURIAM. Order affirmed, and judgment absolute for respondent, under stipulation, with costs.

---

EVERETT, Respondent, v. PEYTON, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1900.) Action by John P. Everett against William K. Peyton, impleaded with others.

PER CURIAM. We are of the opinion that a question of law is involved in this case which ought to be reviewed by the court of appeals. It is not entirely clear that this case belongs to the class of judgment creditors' actions in which any leave from this court is required by the statute; but, in order to remove all doubt on the subject, we have concluded to grant the desired order. We do not think that the proper practice requires the certification of any specific questions. See 62 N. Y. Supp. 910.

---

FALANGA, Appellant, v. BERTI, Respondent. (Supreme Court, Appellate Term. June 13, 1900.) Action by Luigi Falanga against Enrico P. Berti. From a judgment in favor of defendant, plaintiff appeals. Affirmed. John Palmieri, for appellant. John T. Fenlon, for respondent.

PER CURIAM. The lease provides that the deposit is to be made by the parties of the second part. It further provides that Felice La Rocca is made one of the parties of the second part. We think, therefore, she was a necessary party, and the failure to join her warranted a dismissal of the complaint. The judgment should therefore be affirmed, with costs.

---

FARRELL, Appellant, v. WRITER, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Thomas R. Farrell against Gabriel M. Writer. No opinion. Judgment affirmed on argument, with costs.

---

FEBEL, Respondent, v. GERATY, Appellant. (Supreme Court, Appellate Term. June 28, 1900.) Action by Hannah Febel against Annie M. Geraty. From a judgment in favor of plaintiff, defendant appeals. Affirmed. August P. Wagner, for appellant. Alexander & Ash, for respondent.

PER CURIAM. Judgment affirmed, with costs.

---

In re FEEHAN. (Supreme Court, Appellate Division, First Department. June 15, 1900.) In the matter of John Feehan, deceased.

PER CURIAM. Upon payment of $25 costs, motion for rehearing granted, and leave given to file and serve papers within a time to be limited in the order. See 64 N. Y. Supp. 1135.

---

FEINGOLD, Appellant, v. ABLER et al., Respondents. (Supreme Court, Appellate Term. July 6, 1900.) Action by Gustav Feingold against Jacob P. Abler and others. From a judgment in favor of defendants, plaintiff appeals. Affirmed. Carl L. Schurz, for appellant. Joseph J. Harris, for respondents.

PER CURIAM. Upon conflicting evidence the justice found in favor of the defendant. No question of law is presented, and we cannot say that injustice has been done. The alleged public announcements by the managers of the theater do not necessarily corroborate the plaintiff in his story that he was engaged until the end of the season in any event, but may have been only an expression of opinion that the strike would not be settled, and that for that reason the plaintiff's engagement would continue. The judgment should be affirmed, with costs.

---

FISHER et al., Appellants, v. MONAHAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 5, 1900.) Action by John Fisher and others, as trustees of school district No. 1, town of Eastchester, against John Monahan and others. No opinion. Motion for leave to appeal to the court of appeals denied. See 64 N. Y. Supp. 1135.

---

FISHER et al., Appellants, v. MONAHAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by John Fisher and others, as trustees of school district No. 1, town of Eastchester, against John Monahan and others.

PER CURIAM. Order of affirmance amended by striking therefrom the word "interlocutory," before the word "judgment," wherever the expression "interlocutory judgment" occurs in said order. See 64 N. Y. Supp. 1135.

---

FLANAGAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. June 28, 1900.) Action by Mary Flanagan against the Metropolitan Street Railway Company. From a judgment for plaintiff, and an order denying a new trial, defendant appealed to the general term of the New York city court, and from an affirmance (64 N. Y. Supp. 379) defendant appeals. Affirmed.

Henry A. Robinson, for appellant. Paul M. Herzog, for respondent.

PER CURIAM. Defendant had the greater number of witnesses, but plaintiff had the probabilities. Judgment affirmed, with costs.

FLIEH, Appellant, v. AVERILL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by Mary L. Flieh, by Augustus Flieh, her guardian ad litem, against Charles S. Averill and another. No opinion. Judgment and order affirmed, with costs.

FLUHR, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Anthony Fluhr against the Manhattan Railway Company. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied. See 64 N. Y. Supp. 296.

FLYNN v. TINNEY. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by John Flynn, as administrator, against Bernard J. Tinney. No opinion. Motion denied. See 60 N. Y. Supp. 791.

FORMAN, Respondent, v. BIFFAR, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1900.) Action by James G. Forman against Bernard T. Biffar. No opinion. Order affirmed, without costs.

FRANCIS, Appellant, v. TAYLOR et al., Respondents. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by William H. N. Francis against James D. Taylor and others. J. W. Hutchinson, for appellant. I. A. Place, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of the court below. 65 N. Y. Supp. 28.

FRANKELSTEIN, Appellant, v. LEVINE, Respondent. (Supreme Court, Appellate Term. July 11, 1900.) Action by Jacob Frankelstein against David Levine. From a judgment in favor of defendant, plaintiff appeals. Reversed. Shafer & Levine, for appellant. B. H. Arnold, for respondent.

PER CURIAM. The evidence as to the sale of the patterns from Lieberman to the plaintiff is satisfactorily established, being testified to by both of the parties to it. What consideration was given is wholly immaterial. The evidence of any indebtedness from Lieberman to Levine is most unsatisfactory. It appears that the two had been in partnership, and that there was still outstanding a small sum due to the co-partnership. It does not appear that Lieberman had assumed the loss that might arise by reason of these debts, or that there was anything due from him to Levine for which the latter had any right to hold the patterns as security. The justice seems to have based his decision upon the judgment in a former action between Lieberman and Levine, the evidence in which he has attached to the return in this action. This judgment had not been

put in evidence, and the justice had no right to consider it upon the motion to dismiss the complaint. The justice was also in error in saying that there was no evidence as to the value of the patterns. The plaintiff had given such evidence, without objection as to his qualification to testify upon the subject. The judgment should be reversed, with costs to appellant to abide the event, and a new trial granted.

FRIED, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. July 11, 1900.) Action by Bernhard L. Fried against the Metropolitan Street-Railway Company. From a judgment in favor of plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Nathan, Leventritt & Perham, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs and disbursements.

FROTHINGHAM, Respondent, v. SATTERLEE, Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1900.) Action by Charles F. Frothingham against Frank L. Satterlee. F. F. Vanderveer, for appellant. E. W. Yard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re GARDNER et al. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) In the matter of the application of Susan D. Gardner and Melissa Gardner, respondents, for the refunding of certain taxes, No opinion. Order reversed, with $10 costs and disbursements, on the opinion in Re Reid (decided herewith) 65 N. Y. Supp. 373.

GENESEE VAL. NAT. BANK v. TOWN OF GREENBURGH. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by the Genesee Valley National Bank against the town of Greenburgh, impleaded, etc. No opinion. Motion granted, with $10 costs.

GILBERT, Appellant, v. FINCH et al., Respondents. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by William T. Gilbert, as receiver, against Edward L. Finch and others. H. D. Hotchkiss, for appellant. H. B. Kinghorn, for respondents.

PER CURIAM. Order modified by allowing the plaintiff to discontinue without costs within 20 days after service of the amended answer, if so advised, and, as modified, affirmed, without costs of appeal.

GILBERT, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Hannah E. Gilbert against the state of New York. No opinion. Judgment affirmed, with costs.

GOLDOWITZ, Respondent, v. HEALEY, Appellant. City Court of New York, General Term. July 18, 1900.) Action by one Goldowitz against one Healey. From a judgment